ings by the People of the State of New York against Noah Loder, Jr., and against Grace Williams. No opinions. Motions granted, unless appellants comply with terms stated in order. Orders filed.

---

PEOPLE, Respondent, v. LOMBARDO, Appellant. (Supreme Court, Appellate Division, Second Department. May 24, 1912.) Proceeding by the People of the State of New York against Larry Lombardo. No opinion. Judgment of conviction of the County Court of Kings County, and orders, affirmed.